UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW P. HERNANDEZ,<br><br>Defendant. | CASE NO.:  20-CR-3665-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Hernandez's Motion Hearing/Trial Setting, currently scheduled for March 12, 2021, be continued *to April 23, 2021, at 1:30 p.m.*  The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interests of justice for the reasons set forth in the Order of the Chief Judge No. 18 and subsequent related orders.

**SO ORDERED.**

Dated:  March 2, 2021

Hon. Janis L. Sammartino
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEADING TITLE