# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW P. HERNANDEZ,<br><br>Defendant. | CASE NO.:  20CR3665-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Hernandez's Motion Hearing/Trial Setting, currently scheduled for May 7, 2021, be continued to ***June 11, 2021, at 1:30 p.m***.  Defendant shall file an acknowledgment of the new hearing date by May 21, 2021.

The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 63-A.

**SO ORDERED.**

Dated: May 5, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge