1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  20-CR-3665-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| MATTHEW P. HERNANDEZ, | |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Hernandez's Motion Hearing/Trial Setting, currently scheduled for June 11, 2021, be continued *to June 25, 2021, at 1:30 p.m.*  Defendant shall file an acknowledgment of the new hearing date by June 18, 2021.

It is further ordered that time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  June 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge