1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            Case No.  20cr3665-JLS

11                Plaintiff,             ORDER OF CRIMINAL
                                         FORFEITURE
12       v.

13  MATTHEW P. HERNANDEZ,

14                Defendant.

15

16       WHEREAS, in the Indictment in the above-captioned case, the United States

17  sought forfeiture of all right, title and interest in property of Defendant

18  MATTHEW P. HERNANDEZ ("Defendant"), pursuant to Title 18, United States

19  Code, Section 981(a)(1)(C), and Title  28,  United States Code, Section 2461(c), as

20  charged in the Indictment; and

21       WHEREAS, on or about August 24, 2021, Defendant pled guilty before U.S.

22  Magistrate Judge Daniel E. Butcher to Counts 1, 2, 3 and 5 of the Indictment, which

23  pleas included consent to the forfeiture allegation of the Indictment, and an

24  agreement to forfeit to the United States the amount of $356,644.46 as proceeds

25  Defendant received from the offense, which forfeiture shall be included and

26  incorporated as part of the judgment in this case; and

27       WHEREAS, on October 15, 2021 this Court accepted the guilty pleas of

28  Defendant; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty pleas, the Court determined that $356,644.46 (U.S. dollars) represents the proceeds Defendant personally received from the illegal conduct in violation of 18 U.S.C. § 1343, as charged in the Indictment; and

WHEREAS, by virtue of said guilty pleas and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant for the proceeds received by the Defendant in the amount of $356,644.46, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $356,644.46 forfeiture and the offense; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 21 U.S.C. § 853(p) exist and has agreed the United States may take actions to collect the forfeiture; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.      Defendant MATTHEW P. HERNANDEZ shall forfeit to the United States the sum of $356,644.46, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the form of a personal money judgment for the proceeds Defendant received from his offense of conviction, which forfeiture is in favor of the United States against Defendant MATTHEW P. HERNANDEZ, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

2.      This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture; and

//

3.      Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

4.      Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5.      The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $356,644.46 to satisfy the forfeiture in whole or in part; and

6.      The United States may take any and all actions available to it to collect and enforce the forfeiture.

IT IS SO ORDERED.

Dated:  November 30, 2021

Hon. Janis L. Sammartino
United States District Judge

- 3 -                                         20cr3665