# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW P. HERNANDEZ,<br><br>　　　　　　　　Defendant. | CASE NO.:   20CR3665-JLS<br><br>Hon. Janis L. Sammartino<br>Date: April 1, 2022<br>Time: 10:30 a.m.<br><br>**ORDER TO CONTINUE SENTENCE WITH PSR** |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Sentence with PSR be continued from February 25, 2022 at 9:00 a.m. to April 1, 2022 at 10:30 a.m. before Honorable Janis L. Sammartino.

The parties jointly agree that time should be excluded from the Speedy Trial Act to allow for preparation of Mr. Hernandez's defense and in the interests of justice, 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: February 22, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge